# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 29, 2015

## NO. 03-14-00186-CV

**Travis County, Texas; and Sheriff Greg Hamilton, in his Official Capacity, Appellants**

**v.**

**Rick Rogers, Appellee**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PURYEAR
### CONCURRING OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the trial court on March 7, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.